Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| BRYAN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-cv-00334 |
| | ) | |
| BEST CHOICE ROOFING & HOME IMPROVEMENT, INC., and ELITE ROOFING SUPPLY, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AND MAINTAIN DOCUMENT UNDER SEAL**

The Parties jointly move for approval of a settlement of Plaintiff's claims brought under the Fair Labor Standards Act ("FLSA"). *Int'l Union, United Auto, Aerospace, and Agr. Implement Workers of Am. v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007) ("Before approving a settlement, a district court must conclude that it is fair, reasonable and adequate."). A copy of the parties proposed settlement agreement is attached hereto as Exhibit A.

Additionally, Defendant requests leave of this Court to file and maintain the proposed settlement agreement between the parties under seal. In an effort to resolve this dispute, Plaintiff does not oppose Defendant's request for this agreement to be filed and maintained under seal. However, the settlement agreement provides that if this Court does not permit the terms of the settlement agreement to remain under seal, the parties are still bound by all other terms and conditions of the agreement.