# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| BRYAN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:11-cv-00334 |
| | ) |
| BEST CHOICE ROOFING & HOME | ) |
| IMPROVEMENT, INC., and ELITE | ) |
| ROOFING SUPPLY, INC., | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER OF DISMISSAL

It appears to the Court as evidenced by the signatures of counsel for the Plaintiff and counsel for the Defendants below that the Plaintiff has compromised and settled his claims against the Defendants. The Court has reviewed and approved the terms of the settlement.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that the Plaintiff's causes of actions against the Defendants shall be and are hereby DISMISSED with prejudice to re-filing. Each party shall bear its own costs in this matter.

IT IS SO ORDERED.

Enter this __3rd__ day of __June__ 2011.

_____
ALETA TRAUGER, JUDGE

APPROVED FOR ENTRY: Dated: May 31, 2011

**BARRETT JOHNSTON, LLC**


/s/ David W. Garrison
David W. Garrison
Scott P. Tift
217 Second Avenue, North
Nashville, TN 37201
(615) 244.2202
dgarrison@barrettjohnston.com
stift@barrettjohnston.com


**BONE MCALLESTER NORTON PLLC**


/s/ Anne C. Martin (w/permission)
Marshall T. Cook
Anne C. Martin
131 Saundersville Road, Suite 130
Hendersonville, TN 37075
(615) 780.7975
mcook@bonelaw.com
amartin@bonelaw.com